Dismissed and Memorandum Opinion filed January 12, 2006









Dismissed and Memorandum Opinion filed January 12,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01098-CV

____________

 

GERARDO LOPEZ
AND AMERICA LOPEZ, Appellants

 

V.

 

MEREY SWEENY, L.P. AND
CONOCOPHILLIPS COMPANY, Appellees

 



 

On Appeal from the
239th District Court

Brazoria County,
Texas

Trial Court Cause
No. 31549

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 15, 2005.

On December 30, 2005, appellants filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 12, 2006.

Panel consists of Justices Fowler, Edelman, and
Guzman.